LODGED

SEP 2 3 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 4 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG <br> ) CR. NO. 03-00690 BMK <br> ) <br> ) ORDER FOR DISMISSAL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| vs. | |
| SANDY ALBINO, | |
| Defendant. | |

ORDER FOR DISMISSAL

    Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Complaint without prejudice against SANDY ALBINO on the ground
that the United States' case agent has been outside the
jurisdiction preparing for trial in United States District Court
for the Eastern District of Virginia and the United States thus
is not ready to proceed.

The defendant is not in custody on the dismissed charges listed above.

DATED: September _22_, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _T. Muehlec_
THOMAS MUEHLECK
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**BARRY M. KURREN**

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

United States v. Sandy Albino
Mag. No. 03-0690 BMK
Order for Dismissal

2